UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on March 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS SEBOK, DEBTOR(S)

Case No. 18-30178 (MBK)

Adv. No.:

Hearing Date:

Judge: MICHAEL KAPLAN

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 23, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Thomas Sebok, Debtor(s)

Case no.: 18-30178 (MBK)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**  for a total of **$800.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 18-30178-MBK
Thomas A Sebok | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Mar 23, 2021 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

**Recip ID         Recipient Name and Address**
db          + Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021       Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Phillip Andrew Raymond
on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com

TOTAL: 7