Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30178−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas A Sebok
   1729 Lakeside Drive South
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−1675

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 5, 2019.

On 07/26/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         August 25, 2021
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 27, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30178-MBK |
| Thomas A Sebok | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517805507 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517805511 | + | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517805510 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517805512 | + | Associated Creditors Exchange, PO Box 33130, Phoenix, AZ 85067-3130 |
| 517805522 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, BCC, 29 East Madison Street, Suite 1650, Chicago, IL 60602 |
| 517805517 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517805519 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517805518 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517805520 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517805521 | + | Barron Emegency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517805523 | + | Bonded Collection Agency, PO Box 56, Avon By The Sea, NJ 07717-0056 |
| 517805524 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805542 | | Chase Home Finance, 341 S. Vision Drive, Columbus, OH 43219 |
| 517805546 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 517805547 | | Chase Manhattan Mortgage, PO Box 830016, Baltimore, MD 21283 |
| 517805553 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517805551 | + | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805555 | + | Coastal Endoscopy Center, 175 Gunning River Road, Bldg#4, Unit#4, Barnegat, NJ 08005-1436 |
| 517805565 | + | Federated Law Group, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805567 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 517805570 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517805569 | + | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 517805568 | + | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 517805572 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 517805571 | | Foster & Garbus, PO Box 1148, Hauppauge, NY 11788 |
| 517805573 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 517805575 | + | George Herbert Court Officer, PO Box 181, File # 9095, Avon by the Sea, NJ 07717-0181 |
| 517805579 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517805578 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517805580 | + | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517857282 | + | Jerome F. O'Brien, Esq., Atty for Specialty Anesthesia Assoc., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 517805582 | + | Juniper, P0 Box 13337, Philadelphia, PA 19101-3337 |
| 517923263 | + | Lacy Township Tax Collector, 818 West Lacey Rd., Forked River, NJ 08731-1302 |
| 517805583 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517805584 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517805597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinti Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517877754 | + | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517816484 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |

Case 18-30178-MBK    Doc 106    Filed 07/29/21    Entered 07/30/21 00:13:06    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162 |

| | | |
|---|---|---|
| 517805599 | + | Nissan Motor Acceptance, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805598 | + | Nissan Motor Acceptance, Attn: Bankruptcy Department, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805601 | | Nissan Motors, 18501 South Figueroa Street, Gardena, CA 90248 |
| 517805602 | + | O'Brien & Taylor, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805603 | + | O'Brien & Taylor ESQ, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805618 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 517805616 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 517805621 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805615 | | PNC Bank, PO Box 747068, Pittsburgh, PA 15274 |
| 517805612 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 517805624 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 517805613 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 517805622 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 517805642 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 517805610 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517805627 | + | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805640 | + | Portfolio Recovery Associates, L.L.C., PO Box 12903, Norfolk, VA 23541-0903 |
| 517805643 | + | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805644 | + | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805645 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805646 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805650 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517805649 | + | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517805651 | + | Speciality Anesthesia Associates, 167 Avenue At Common, Suite 4, Shrewsbury, NJ 07702-4557 |
| 517805665 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517805661 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517805659 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517805660 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517805662 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805667 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805506 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 27 2021 20:22:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 517805508 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P0 Box 183853, Arlington, TX 76096-3853 |
| 517805509 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517805514 | + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517805513 | + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 517805515 | + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 517920278 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:20 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517805527 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:36 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |

Case 18-30178-MBK    Doc 106    Filed 07/29/21    Entered 07/30/21 00:13:06    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162 |

| | | | | |
|---|---|---|---|---|
| 517805531 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:35 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517805554 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 20:31:21 | CitiFinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| 517805526 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:36 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517805528 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:35 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517805529 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:16 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517805530 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:35 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517805532 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:35 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517805533 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:16 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 517805534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:15 | Cardworks Servicing, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805535 | + | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase, Po Box 901076, Fort Worth, TX 76101-2076 |
| 517805539 | + | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto, PO Box 31167, Tampa, FL 33631-3167 |
| 517805538 | + | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto, PO Box 78050, Phoenix, AZ 85062-8050 |
| 517805540 | + | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto Finance, 201 N. Center Avenue, Phoenix, AZ 85004-1071 |
| 517805550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 20:31:37 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517805556 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 517805557 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805559 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Capital Bank, Attn: Bankruptcy Dept., P0 Box 18215, Columbus, OH 43218 |
| 517805560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Capital Bank, P0 Box 182120, Columbus, OH 43218-2120 |
| 517805563 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:17 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517805561 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:45 | Credit One Bank, Attn: Bankruptcy, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 517805562 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:45 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517805564 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517805574 | + | Email/Text: fggbanko@fgny.com | Jul 27 2021 20:22:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517805577 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 517805576 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | Gm Financial, PO Box 78143, Phoenix, AZ |

Case 18-30178-MBK    Doc 106    Filed 07/29/21    Entered 07/30/21 00:13:06    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162 |

| | | | | |
|---|---|---|---|---|
| | | | | 85062-8143 |
| 517805581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 517805537 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:45 | Chase, Cardmemeber Services, P0 Box 15153, Wilmington, DE 19886 |
| 517805536 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase, PO Box 15659, Wilmington, DE 19886-5659 |
| 517805541 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Bank, Attention: National Recovery Group, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 517805544 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 517805543 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Home Finance, PO Box 81507, Atlanta, GA 30366 |
| 517805548 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Manhattan Mortgage, 3415 Vision Drive, Attn: Bankruptcy Department, Columbus, OH 43219 |
| 517805549 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Manhattan Mortgage Corporation, PO Box 96036, Charlotte, NC 28296-0036 |
| 517921506 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517850444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517805585 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:15 | Merrick Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 517805588 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:14 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517805587 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 517805593 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 20:22:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517805589 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 20:22:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805591 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 20:22:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517805594 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 20:22:00 | Midland Funding, Po Box 2001, Warren, MI 48090-2001 |
| 517916246 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 20:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517805604 | + | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 20:31:44 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 517805605 | + | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 20:31:44 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805608 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 27 2021 20:21:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517805607 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 27 2021 20:21:00 | Phoenix Financial Services. Llc, P0 Box 361450, Indianapolis, IN 46236 |
| 517927532 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC BANK N.A., PO BOX 94982, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | CLEVELAND, OH 44101 |
| 517805611 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805619 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 517805620 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC Bank, Consu,er Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 517805609 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805617 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 20:22:00 | PNC Bank, One Oliver Place, Pittsburgh, PA 15265 |
| 517805630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:17 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:36 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:17 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:36 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517929094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:36 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517925170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517929153 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517929096 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517929097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:45 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517805639 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 20:31:36 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517866517 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2021 20:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517917324 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 20:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808399 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 20:22:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517805647 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 27 2021 20:31:37 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 517805648 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 27 2021 20:31:37 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Firetower Road, Greenville, NC 27858-4105 |
| 517918025 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 20:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517805653 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:45 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517805655 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

District/off: 0312-3 | User: admin | Page 6 of 7
Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162

| Recip ID | | | | |
|---|---|---|---|---|
| 517805654 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:45 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517805656 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517805657 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:34 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 517805652 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 517808263 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517805658 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P0 Box 965061, Orlando, FL 32896-5061 |
| 517805664 | Email/Text: bankruptcy@td.com | Jul 27 2021 20:22:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517805666 | Email/Text: bankruptcy@td.com | Jul 27 2021 20:22:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517918018 | + Email/Text: bncmail@w-legal.com | Jul 27 2021 20:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517805668 | + Email/Text: BKRMailOps@weltman.com | Jul 27 2021 20:22:00 | Weltman, Weinberg and Reis, 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 92

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517805525 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805545 | * | Chase Home Finance, L.L.C., 341 S. Vision Drive, Columbus, OH 43219 |
| 517805552 | *+ | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805558 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805566 | *+ | Federated Law Group LLP, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805590 | *+ | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805592 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805595 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805596 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805600 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motors, Attn: Bankruptcy, P0 Box 371491, Pittsburg, PA 75266 |
| 517805606 | *+ | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805623 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517805614 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805625 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805626 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805632 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805636 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805637 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805638 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805628 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805629 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805631 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805641 | *+ | Portfolio Recovery LLC, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541-1067 |

District/off: 0312-3 | User: admin | Page 7 of 7
Date Rcvd: Jul 27, 2021 | Form ID: 185 | Total Noticed: 162

| | | |
|---|---|---|
| 517805663 | *+ | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805669 | *+ | Weltman, Weinberg and Reis , Co., 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |
| 517805516 | ##+ | Avante USA Ltd., 2950 S. Gessner , Suite 265, Houston, TX 77063-3751 |

TOTAL: 0 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |

TOTAL: 8