**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 2 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

THOMAS A. SEBOK,

Case No.: _____ 18-30178 MBK _____

Judge: _____ MICHAEL KAPLAN _____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: ___July 26, 2021_____

☒ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____HR____          Initial Debtor: _____TS_____          Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____\*\*_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on
_____NOVEMBER OF 2018_____ for approximately _____36_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

\*\* i. $15,512 paid in to date through July of 2021 (Over Thirty-Three (33) Months)
    ii. $400 per month, starting in August of 2021, for a period of three (3) months

\*\*\* Lacey Township, Water Sewer Department and/or Tax Collector, no payments, per creditor nothing is owed.  No funds under plan are to be remitted to Lacey Township.

## Part 2:    Adequate Protection ☒ NONE

   a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

   b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

   a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

   b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC Bank | 2nd Mort., 1729 Lakeside, FR | $21,448 | $201,000 Real Estate | JP Morgan Chase Bank, NA iao $228,000 | No Value | N/A | No Value |
| New Century Financial Services | Judgment against realty | $6,315.84 | $201,000 Real Estate | Same | No Value | N/A | No Value |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

JP Morgan Chase Bank, first mortgage against real property located at 1729 Lakeside Drive South, Forked River, New Jersey, no arrears, loan was modified.  Continued payments by the Debtor directly to JP Morgan Chase Bank, NA, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

| **Part 5:** | **Unsecured Claims** ☐ **NONE** |
|---|---|

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:    Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1.  A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC Bank | 2nd Mort. re: 1729 Lakeside Dr. S., Forked River, New Jersey | $21,448 | $201,000 Real Estate | JP Morgan Chase Bank, NA iao $228,000 | NO VALUE | ENTIRE MORTGAGE LIEN IAO $21,448 |
| New Century Financial Services | Judgment against real property re: 1729 Lakeside Drive S., Forked River, New Jersey | $6,315.84 | $201,000 Real Estate | JP Morgan Chase Bank, NA iao $228,000 | NO VALUE | ENTIRE JUDGMENT LIEN IAO $6,315.84 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees and Supp.  Counsel Fees (Fully Paid before other claims)

3) Secured Claims and then Priority Claims

4) Unsecured Claims

**d.  Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: DECEMBER 15, 2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified as required by the loan modification order. | The Debtor was able to modify the mortgage, so a cure of mortgage arrears is no longer necessary.  The plan term is being reduced to thirty-six months.  Modified plan payments are consistent with an earlier filed modified plan which was withdrawn.  Amended income and expense schedules are being filed, but not contemporaneously with this plan.  Plan does not provide for payment to Lacey Township, per creditor, nothing is due. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: _JULY 26, 2021_____        /S/ THOMAS A. SEBOK_____
                                                  Debtor


Date: _____        _____
                                                  Joint Debtor


Date: _JULY 26, 2021_____        /S/ HERBERT B. RAYMOND, ESQ._____
                                                  Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 18-30178-MBK

Thomas A Sebok                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                         Page 1 of 7
Date Rcvd: Jul 27, 2021                         Form ID: pdf901                      Total Noticed: 162

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517805507 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517805511 | + | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517805510 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517805512 | + | Associated Creditors Exchange, PO Box 33130, Phoenix, AZ 85067-3130 |
| 517805522 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, BCC, 29 East Madison Street, Suite 1650, Chicago, IL 60602 |
| 517805517 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517805519 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517805518 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517805520 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517805521 | + | Barron Emegency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517805523 | + | Bonded Collection Agency, PO Box 56, Avon By The Sea, NJ 07717-0056 |
| 517805524 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805542 | | Chase Home Finance, 341 S. Vision Drive, Columbus, OH 43219 |
| 517805546 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 517805547 | | Chase Manhattan Mortgage, PO Box 830016, Baltimore, MD 21283 |
| 517805553 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517805551 | + | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805555 | + | Coastal Endoscopy Center, 175 Gunning River Road, Bldg#4, Unit#4, Barnegat, NJ 08005-1436 |
| 517805565 | + | Federated Law Group, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805567 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 517805570 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517805569 | + | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 517805568 | + | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 517805572 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 517805571 | | Foster & Garbus, PO Box 1148, Hauppauge, NY 11788 |
| 517805573 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 517805575 | + | George Herbert Court Officer, PO Box 181, File # 9095, Avon by the Sea, NJ 07717-0181 |
| 517805579 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517805578 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517805580 | + | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517857282 | + | Jerome F. O'Brien, Esq., Atty for Specialty Anesthesia Assoc., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 517805582 | + | Juniper, P0 Box 13337, Philadelphia, PA 19101-3337 |
| 517923263 | + | Lacy Township Tax Collector, 818 West Lacey Rd., Forked River, NJ 08731-1302 |
| 517805583 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517805584 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517805597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinti Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517877754 | + | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517816484 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |

District/off: 0312-3                                    User: admin                                    Page 2 of 7
Date Rcvd: Jul 27, 2021                              Form ID: pdf901                              Total Noticed: 162

| | | |
|---|---|---|
| 517805599 | + | Nissan Motor Acceptance, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805598 | + | Nissan Motor Acceptance, Attn: Bankruptcy Department, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805601 | | Nissan Motors, 18501 South Figueroa Street, Gardena, CA 90248 |
| 517805602 | + | O'Brien & Taylor, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805603 | + | O'Brien & Taylor ESQ, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805618 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 517805616 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 517805621 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805615 | | PNC Bank, PO Box 747068, Pittsburgh, PA 15274 |
| 517805612 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 517805624 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 517805613 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 517805622 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 517805642 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 517805610 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517805627 | + | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805640 | + | Portfolio Recovery Associates, L.L.C., PO Box 12903, Norfolk, VA 23541-0903 |
| 517805643 | + | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805644 | + | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805645 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805646 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805650 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517805649 | + | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517805651 | + | Speciality Anesthesia Associates, 167 Avenue At Common, Suite 4, Shrewsbury, NJ 07702-4557 |
| 517805665 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517805661 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517805659 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517805660 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517805662 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805667 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805506 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 27 2021 20:22:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 517805508 + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P0 Box 183853, Arlington, TX 76096-3853 |
| 517805509 + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517805514 + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517805513 + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 517805515 + | Email/Text: bk@avant.com | Jul 27 2021 20:22:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 517920278 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:19 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517805527 + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:46 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: pdf901 | Total Noticed: 162 |

| | | | |
|---|---|---|---|
| 517805531 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:45 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517805554 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 20:31:21 | CitiFinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| 517805526 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 20:31:46 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517805528 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:16 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517805529 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:17 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517805530 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:16 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517805532 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:17 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517805533 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 20:31:45 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 517805534 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 20:31:32 | Cardworks Servicing, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805535 | + Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase, Po Box 901076, Fort Worth, TX 76101-2076 |
| 517805539 | + Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto, PO Box 31167, Tampa, FL 33631-3167 |
| 517805538 | + Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto, PO Box 78050, Phoenix, AZ 85062-8050 |
| 517805540 | + Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 20:22:00 | Chase Auto Finance, 201 N. Center Avenue, Phoenix, AZ 85004-1071 |
| 517805550 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 20:31:20 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517805556 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 517805557 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805559 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Capital Bank, Attn: Bankruptcy Dept., P0 Box 18215, Columbus, OH 43218 |
| 517805560 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 20:22:00 | Comenity Capital Bank, P0 Box 182120, Columbus, OH 43218-2120 |
| 517805563 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:17 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517805561 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:35 | Credit One Bank, Attn: Bankruptcy, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 517805562 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:19 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517805564 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 20:31:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517805574 | + Email/Text: fggbanko@fgny.com | Jul 27 2021 20:22:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517805577 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 517805576 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2021 20:22:00 | Gm Financial, PO Box 78143, Phoenix, AZ |

District/off: 0312-3                                    User: admin                                    Page 4 of 7

Date Rcvd: Jul 27, 2021                                Form ID: pdf901                                Total Noticed: 162

|  |  |  | 85062-8143 |
|---|---|---|---|
| 517805581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jul 27 2021 20:22:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 517805537 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:34 | Chase, Cardmemeber Services, P0 Box 15153, Wilmington, DE 19886 |
| 517805536 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:34 | Chase, PO Box 15659, Wilmington, DE 19886-5659 |
| 517805541 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:34 | Chase Bank, Attention: National Recovery Group, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 517805544 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:34 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 517805543 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:44 | Chase Home Finance, PO Box 81507, Atlanta, GA 30366 |
| 517805548 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:44 | Chase Manhattan Mortgage, 3415 Vision Drive, Attn: Bankruptcy Department, Columbus, OH 43219 |
| 517805549 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:44 | Chase Manhattan Mortgage Corporation, PO Box 96036, Charlotte, NC 28296-0036 |
| 517921506 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Jul 27 2021 20:31:44 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517850444 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 27 2021 20:31:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517805585 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 27 2021 20:31:32 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 27 2021 20:31:32 | Merrick Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 517805588 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 27 2021 20:31:16 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517805587 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 27 2021 20:31:35 | Merrick Bank/CardWorks, Attn: Bankruptcy, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 517805593 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 27 2021 20:22:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517805589 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 27 2021 20:22:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805591 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 27 2021 20:22:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517805594 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 27 2021 20:22:00 | Midland Funding, Po Box 2001, Warren, MI 48090-2001 |
| 517916246 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 27 2021 20:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517805604 | + | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Jul 27 2021 20:31:32 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 517805605 | + | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Jul 27 2021 20:31:14 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805608 |  | Email/Text: info@phoenixfinancialsvcs.com | |
|  |  | Jul 27 2021 20:21:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517805607 |  | Email/Text: info@phoenixfinancialsvcs.com | |
|  |  | Jul 27 2021 20:21:00 | Phoenix Financial Services. Llc, P0 Box 361450, Indianapolis, IN 46236 |
| 517927532 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jul 27 2021 20:22:00 | PNC BANK N.A., PO BOX 94982, |

District/off: 0312-3                                      User: admin                                          Page 5 of 7

Date Rcvd: Jul 27, 2021                               Form ID: pdf901                                   Total Noticed: 162

CLEVELAND, OH 44101

| 517805611 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 27 2021 20:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805619 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 27 2021 20:22:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 517805620 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 27 2021 20:22:00 | PNC Bank, Consu,er Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 517805609 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 27 2021 20:22:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805617 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 27 2021 20:22:00 | PNC Bank, One Oliver Place, Pittsburgh, PA 15265 |
| 517805630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:46 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805633 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:36 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805634 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:17 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805635 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:45 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517929094 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517925170 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:45 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517929153 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:46 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517929096 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517929097 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:17 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517805639 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 20:31:36 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517866517 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 27 2021 20:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517917324 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 27 2021 20:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808399 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 27 2021 20:22:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517805647 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Jul 27 2021 20:31:37 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 517805648 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Jul 27 2021 20:31:37 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Firetower Road, Greenville, NC 27858-4105 |
| 517918025 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 27 2021 20:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517805653 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 27 2021 20:31:34 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517805655 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 27 2021 20:31:44 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

District/off: 0312-3           User: admin           Page 6 of 7

Date Rcvd: Jul 27, 2021           Form ID: pdf901           Total Noticed: 162

| | | | | |
|---|---|---|---|---|
| 517805654 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:35 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517805656 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517805657 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 517805652 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:35 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 517808263 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517805658 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P0 Box 965061, Orlando, FL 32896-5061 |
| 517805664 | | Email/Text: bankruptcy@td.com | Jul 27 2021 20:22:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517805666 | | Email/Text: bankruptcy@td.com | Jul 27 2021 20:22:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517918018 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 20:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517805668 | + | Email/Text: BKRMailOps@weltman.com | Jul 27 2021 20:22:00 | Weltman, Weinberg and Reis, 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 92

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517805525 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805545 | * | Chase Home Finance, L.L.C., 341 S. Vision Drive, Columbus, OH 43219 |
| 517805552 | *+ | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805558 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805566 | *+ | Federated Law Group LLP, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805590 | *+ | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805592 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805595 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805596 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805600 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motors, Attn: Bankruptcy, P0 Box 371491, Pittsburg, PA 75266 |
| 517805606 | *+ | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805623 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517805614 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805625 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805626 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805632 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805636 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805637 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805638 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805628 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805629 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805631 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805641 | *+ | Portfolio Recovery LLC, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541-1067 |

District/off: 0312-3                                  User: admin                                    Page 7 of 7
Date Rcvd: Jul 27, 2021                              Form ID: pdf901                                 Total Noticed: 162

| 517805663 | *+ | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805669 | *+ | Weltman, Weinberg and Reis , Co., 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |
| 517805516 | ##+ | Avante USA Ltd., 2950 S. Gessner , Suite 265, Houston, TX 77063-3751 |

TOTAL: 0 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021                         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |

TOTAL: 8