|   |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) |

**Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No. 18-30178 (MBK) |
|---|---|
| THOMAS SEBOK, DEBTOR(S) | Adv. No.: |
|  | Hearing Date: |
|  | Judge: MICHAEL KAPLAN |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: September 9, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Thomas Sebok, Debtor(s)

Case no.: 18-30178 (MBK)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,400.00** for services rendered and expenses in the amount **$50.00**   for a total of **$1,450.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.