Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30178−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas A Sebok
   1729 Lakeside Drive South
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−1675

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 13, 2021.

Dated: September 13, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30178-MBK |
| Thomas A Sebok | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517805507 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517805511 | + | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517805510 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517805512 | + | Associated Creditors Exchange, PO Box 33130, Phoenix, AZ 85067-3130 |
| 517805522 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, BCC, 29 East Madison Street, Suite 1650, Chicago, IL 60602 |
| 517805517 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517805519 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517805518 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517805520 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517805521 | + | Barron Emegency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517805523 | + | Bonded Collection Agency, PO Box 56, Avon By The Sea, NJ 07717-0056 |
| 517805524 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805542 | | Chase Home Finance, 341 S. Vision Drive, Columbus, OH 43219 |
| 517805546 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 517805547 | | Chase Manhattan Mortgage, PO Box 830016, Baltimore, MD 21283 |
| 517805553 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517805551 | + | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805555 | + | Coastal Endoscopy Center, 175 Gunning River Road, Bldg#4, Unit#4, Barnegat, NJ 08005-1436 |
| 517805565 | + | Federated Law Group, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805567 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 517805570 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517805568 | + | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 517805569 | + | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 517805571 | | Foster & Garbus, PO Box 1148, Hauppauge, NY 11788 |
| 517805572 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 517805573 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 517805575 | + | George Herbert Court Officer, PO Box 181, File # 9095, Avon by the Sea, NJ 07717-0181 |
| 517805580 | + | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517805578 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517805579 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517857282 | + | Jerome F. O'Brien, Esq., Atty for Specialty Anesthesia Assoc., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 517805582 | + | Juniper, P0 Box 13337, Philadelphia, PA 19101-3337 |
| 519303135 | + | Lacey Municipal Utilities Authority, 34 R. Kennedy Blvd., PO Box 205, Forked River, NJ 08731-0205 |
| 517923263 | + | Lacy Township Tax Collector, 818 West Lacey Rd., Forked River, NJ 08731-1302 |
| 517805583 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517805584 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517805597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinti Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517877754 | + | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

| | | |
|---|---|---|
| 517816484 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517805599 | + | Nissan Motor Acceptance, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805598 | + | Nissan Motor Acceptance, Attn: Bankruptcy Department, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805601 | | Nissan Motors, 18501 South Figueroa Street, Gardena, CA 90248 |
| 517805602 | + | O'Brien & Taylor, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805603 | + | O'Brien & Taylor ESQ, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805612 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 517805621 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805624 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 517805615 | | PNC Bank, PO Box 747068, Pittsburgh, PA 15274 |
| 517805618 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 517805616 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 517805622 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 517805613 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 517805642 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 517805610 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517805627 | + | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805640 | + | Portfolio Recovery Associates, L.L.C., PO Box 12903, Norfolk, VA 23541-0903 |
| 517805643 | + | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805644 | + | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805645 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805646 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805650 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517805649 | + | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517805651 | + | Speciality Anesthesia Associates, 167 Avenue At Common, Suite 4, Shrewsbury, NJ 07702-4557 |
| 517805665 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517805661 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517805659 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517805660 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517805662 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805667 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805506 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2021 21:10:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 517805508 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2021 21:09:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P0 Box 183853, Arlington, TX 76096-3853 |
| 517805509 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2021 21:09:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517805514 | + Email/Text: bk@avant.com | Sep 14 2021 21:10:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517805513 | + Email/Text: bk@avant.com | Sep 14 2021 21:10:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 517805515 | + Email/Text: bk@avant.com | Sep 14 2021 21:10:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 517920278 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:53 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517805527 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:39 | CACH, LLC, 370 17th Street, Suite 5000, Denver, |

Case 18-30178-MBK    Doc 122    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

| | | | | |
|---|---|---|---|---|
| | | | | CO 80202-5616 |
| 517805531 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:19:03 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517805554 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:41 | CitiFinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| 517805526 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:53 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517805528 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517805529 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517805530 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517805532 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517805533 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:36 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 517805534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:46 | Cardworks Servicing, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805535 | + | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 21:10:00 | Chase, Po Box 901076, Fort Worth, TX 76101-2076 |
| 517805539 | + | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 21:10:00 | Chase Auto, PO Box 31167, Tampa, FL 33631-3167 |
| 517805538 | + | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 21:10:00 | Chase Auto, PO Box 78050, Phoenix, AZ 85062-8050 |
| 517805540 | + | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 21:10:00 | Chase Auto Finance, 201 N. Center Avenue, Phoenix, AZ 85004-1071 |
| 517805550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:56 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517805556 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 21:10:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 517805557 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 21:10:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805559 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 21:10:00 | Comenity Capital Bank, Attn: Bankruptcy Dept., P0 Box 18215, Columbus, OH 43218 |
| 517805560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 21:10:00 | Comenity Capital Bank, P0 Box 182120, Columbus, OH 43218-2120 |
| 517805563 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2021 21:18:37 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517805561 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2021 21:18:50 | Credit One Bank, Attn: Bankruptcy, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 517805562 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2021 21:18:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517805564 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2021 21:18:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517805574 | + | Email/Text: fggbanko@fgny.com | Sep 14 2021 21:09:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517805577 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2021 21:09:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 517805576 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

Case 18-30178-MBK    Doc 122    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 14 2021 21:09:00 | Gm Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517805581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 21:10:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 517805537 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:48 | Chase, Cardmemeber Services, P0 Box 15153, Wilmington, DE 19886 |
| 517805536 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:35 | Chase, PO Box 15659, Wilmington, DE 19886-5659 |
| 517805541 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Chase Bank, Attention: National Recovery Group, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 517805544 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:48 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 517805543 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:48 | Chase Home Finance, PO Box 81507, Atlanta, GA 30366 |
| 517805548 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:19:03 | Chase Manhattan Mortgage, 3415 Vision Drive, Attn: Bankruptcy Department, Columbus, OH 43219 |
| 517805549 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:35 | Chase Manhattan Mortgage Corporation, PO Box 96036, Charlotte, NC 28296-0036 |
| 517921506 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 14 2021 21:18:48 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517850444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517805585 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:34 | Merrick Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 517805588 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:47 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517805587 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 21:18:47 | Merrick Bank/CardWorks, Attn: Bankruptcy, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 517805593 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517805589 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805591 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517805594 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding, Po Box 2001, Warren, MI 48090-2001 |
| 517916246 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517805604 | + | Email/PDF: cbp@onemainfinancial.com | Sep 14 2021 21:18:47 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 517805605 | + | Email/PDF: cbp@onemainfinancial.com | Sep 14 2021 21:18:33 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805608 | | Email/Text: info@phoenixfinancialsvcs.com | Sep 14 2021 21:09:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517805607 | | Email/Text: info@phoenixfinancialsvcs.com | Sep 14 2021 21:09:00 | Phoenix Financial Services. Llc, P0 Box 361450, Indianapolis, IN 46236 |
| 517927532 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 18-30178-MBK    Doc 122    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 517805611 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 21:09:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517805619 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 21:09:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805620 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 21:09:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 517805609 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 21:09:00 | PNC Bank, Consu,er Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 517805617 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 21:09:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:09:00 | PNC Bank, One Oliver Place, Pittsburgh, PA 15265 |
| 517805633 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:19:06 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805634 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:38 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805635 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:38 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517929094 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:19:06 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517925170 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:51 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| | | Sep 14 2021 21:18:38 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517929153 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:51 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517929096 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:51 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517929097 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:37 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517805639 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:37 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517866517 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2021 21:10:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517917324 | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 21:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808399 | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 21:10:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517805647 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 14 2021 21:18:56 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 517805648 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 14 2021 21:18:56 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Firetower Road, Greenville, NC 27858-4105 |
| 517918025 | + Email/Text: bncmail@w-legal.com | Sep 14 2021 21:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517805653 | + Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:18:35 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517805655 | + Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:19:01 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: plncf13 | Total Noticed: 163 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517805654 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:19:01 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517805656 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:19:02 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517805657 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:19:01 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 517805652 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:18:47 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 517808263 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:18:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517805658 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 21:19:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P0 Box 965061, Orlando, FL 32896-5061 |
| 517805664 |   | Email/Text: bankruptcy@td.com | Sep 14 2021 21:10:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517805666 |   | Email/Text: bankruptcy@td.com | Sep 14 2021 21:10:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517918018 | + | Email/Text: bncmail@w-legal.com | Sep 14 2021 21:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517805668 | + | Email/Text: BKRMailOps@weltman.com | Sep 14 2021 21:10:00 | Weltman, Weinberg and Reis, 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 92

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517805525 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805545 | * | Chase Home Finance, L.L.C., 341 S. Vision Drive, Columbus, OH 43219 |
| 517805552 | *+ | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805558 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805566 | *+ | Federated Law Group LLP, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805590 | *+ | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517805592 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805595 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805596 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517805600 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motors, Attn: Bankruptcy, P0 Box 371491, Pittsburg, PA 75266 |
| 517805606 | *+ | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805623 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517805614 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805625 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805626 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805632 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805636 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805637 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805638 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805628 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805629 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805631 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805641 | *+ | Portfolio Recovery LLC, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541-1067 |

| | | |
|---|---|---|
| 517805663 | *+ | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805669 | *+ | Weltman, Weinberg and Reis , Co., 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |
| 517805516 | ##+ | Avante USA Ltd., 2950 S. Gessner , Suite 265, Houston, TX 77063-3751 |

TOTAL: 0 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |

TOTAL: 8