| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Thomas A Sebok<br><br><br>Debtor(s) | Case No.: 18-30178 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/8/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/8/2021                                                                            /s/  Kierstyn Buchanan

                                                                                                        Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Thomas A Sebok<br>1729 Lakeside Drive South<br>Forked River, NJ  08731 | Debtor(s) | Regular Mail |
| HERBERT B RAYMOND ESQ<br>4th FL, STE 408<br>7 GLENWOOD AVE<br>EAST ORANGE,  NJ  07017 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |