| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas A Sebok** | Social Security number or ITIN  xxx–xx–1675 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–30178–MBK | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas A Sebok

9/19/22

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30178-MBK |
| Thomas A Sebok | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 8 |
| Date Rcvd: Sep 19, 2022 | Form ID: 3180W | Total Noticed: 166 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517805512 | + | Associated Creditors Exchange, PO Box 33130, Phoenix, AZ 85067-3130 |
| 517805516 | + | Avante USA Ltd., 2950 S. Gessner , Suite 265, Houston, TX 77063-3751 |
| 517805522 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, BCC, 29 East Madison Street, Suite 1650, Chicago, IL 60602 |
| 517805521 | + | Barron Emegency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517805523 | + | Bonded Collection Agency, PO Box 56, Avon By The Sea, NJ 07717-0056 |
| 517805524 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805542 | | Chase Home Finance, 341 S. Vision Drive, Columbus, OH 43219 |
| 517805546 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 517805547 | | Chase Manhattan Mortgage, PO Box 830016, Baltimore, MD 21283 |
| 517805553 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517805551 | + | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805555 | + | Coastal Endoscopy Center, 175 Gunning River Road, Bldg#4, Unit#4, Barnegat, NJ 08005-1436 |
| 517805565 | + | Federated Law Group, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805572 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 517805571 | | Foster & Garbus, PO Box 1148, Hauppauge, NY 11788 |
| 517805573 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 517805575 | + | George Herbert Court Officer, PO Box 181, File # 9095, Avon by the Sea, NJ 07717-0181 |
| 517857282 | + | Jerome F. O'Brien, Esq., Atty for Specialty Anesthesia Assoc., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 519303135 | + | Lacey Municipal Utilities Authority, 34 R. Kennedy Blvd., PO Box 205, Forked River, NJ 08731-0205 |
| 517923263 | + | Lacy Township Tax Collector, 818 West Lacey Rd., Forked River, NJ 08731-1302 |
| 519694966 | #+ | MCLP Asset Company Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519694967 | + | MCLP Asset Company Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 MCLP Asset Company Inc. 75019-6295 |
| 517805597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinti Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517805601 | | Nissan Motors, 18501 South Figueroa Street, Gardena, CA 90248 |
| 517805602 | + | O'Brien & Taylor, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805603 | + | O'Brien & Taylor ESQ, Attorneys At Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 517805621 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805624 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 517805615 | | PNC Bank, PO Box 747068, Pittsburgh, PA 15274 |
| 517805618 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 517805616 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 517805622 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 517805613 | | PNC Bank, Po Box 4700, Wilkes Barre, PA 18773-4700 |
| 517805642 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 517805610 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517805640 | + | Portfolio Recovery Associates, L.L.C., PO Box 12903, Norfolk, VA 23541-0903 |
| 517805651 | + | Speciality Anesthesia Associates, 167 Avenue At Common, Suite 4, Shrewsbury, NJ 07702-4557 |

District/off: 0312-3       User: admin       Page 2 of 8

Date Rcvd: Sep 19, 2022       Form ID: 3180W       Total Noticed: 166

| | | | |
|---|---|---|---|
| 517805665 | | TD bank, PO Box 84037, Fortson, GA 31808 | |
| 517805667 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 | |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Sep 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Sep 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805507 | | EDI: WFFC.COM | | |
| | | | Sep 20 2022 00:33:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517805506 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Sep 19 2022 20:38:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 517805508 | + | EDI: PHINAMERI.COM | | |
| | | | Sep 20 2022 00:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P0 Box 183853, Arlington, TX 76096-3853 |
| 517805509 | + | EDI: PHINAMERI.COM | | |
| | | | Sep 20 2022 00:33:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517805510 | ^ | MEBN | | |
| | | | Sep 19 2022 20:33:34 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517805511 | ^ | MEBN | | |
| | | | Sep 19 2022 20:33:35 | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517805514 | + | Email/Text: bk@avant.com | | |
| | | | Sep 19 2022 20:38:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517805513 | + | Email/Text: bk@avant.com | | |
| | | | Sep 19 2022 20:38:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 517805515 | + | Email/Text: bk@avant.com | | |
| | | | Sep 19 2022 20:38:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 517805517 | + | EDI: TSYS2 | | |
| | | | Sep 20 2022 00:33:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517805518 | + | EDI: TSYS2 | | |
| | | | Sep 20 2022 00:33:00 | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517805519 | + | EDI: TSYS2 | | |
| | | | Sep 20 2022 00:33:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517805520 | + | EDI: TSYS2 | | |
| | | | Sep 20 2022 00:33:00 | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517920278 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 19 2022 20:36:18 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517805527 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 19 2022 20:36:18 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517805531 | | EDI: CAPITALONE.COM | | |
| | | | Sep 20 2022 00:33:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517805554 | | EDI: CITICORP.COM | | |
| | | | Sep 20 2022 00:33:00 | CitiFinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| 517805526 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 19 2022 20:36:39 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517805528 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 20 2022 00:33:00 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517805529 | + | EDI: CAPITALONE.COM | | |

District/off: 0312-3        User: admin        Page 3 of 8

Date Rcvd: Sep 19, 2022        Form ID: 3180W        Total Noticed: 166

| | | | |
|---|---|---|---|
| | | Sep 20 2022 00:33:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517805530 | + EDI: CAPITALONE.COM | | |
| | | Sep 20 2022 00:33:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517805532 | + EDI: CAPITALONE.COM | | |
| | | Sep 20 2022 00:33:00 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517805533 | + EDI: CAPITALONE.COM | | |
| | | Sep 20 2022 00:33:00 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 517805534 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 19 2022 20:36:13 | Cardworks Servicing, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805550 | + EDI: CITICORP.COM | | |
| | | Sep 20 2022 00:33:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517805556 | + EDI: WFNNB.COM | | |
| | | Sep 20 2022 00:33:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 517805557 | + EDI: WFNNB.COM | | |
| | | Sep 20 2022 00:33:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805559 | EDI: WFNNB.COM | | |
| | | Sep 20 2022 00:33:00 | Comenity Capital Bank, Attn: Bankruptcy Dept., P0 Box 18215, Columbus, OH 43218 |
| 517805560 | + EDI: WFNNB.COM | | |
| | | Sep 20 2022 00:33:00 | Comenity Capital Bank, P0 Box 182120, Columbus, OH 43218-2120 |
| 517805563 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Sep 19 2022 20:36:28 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517805561 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Sep 19 2022 20:36:37 | Credit One Bank, Attn: Bankruptcy, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 517805562 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Sep 19 2022 20:36:17 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517805564 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Sep 19 2022 20:36:16 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517805569 | + EDI: AMINFOFP.COM | | |
| | | Sep 20 2022 00:33:00 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 517805568 | + EDI: AMINFOFP.COM | | |
| | | Sep 20 2022 00:33:00 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 517805570 | + EDI: AMINFOFP.COM | | |
| | | Sep 20 2022 00:33:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517805567 | + EDI: AMINFOFP.COM | | |
| | | Sep 20 2022 00:33:00 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 517805574 | + Email/Text: fggbanko@fgny.com | | |
| | | Sep 19 2022 20:38:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517805577 | + EDI: PHINAMERI.COM | | |
| | | Sep 20 2022 00:33:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 517805576 | + EDI: PHINAMERI.COM | | |
| | | Sep 20 2022 00:33:00 | Gm Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517805580 | + EDI: HFC.COM | | |
| | | Sep 20 2022 00:28:00 | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517805578 | + EDI: HFC.COM | | |
| | | Sep 20 2022 00:28:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517805579 | + EDI: HFC.COM | | |
| | | Sep 20 2022 00:28:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517805581 | + EDI: WFNNB.COM | | |
| | | Sep 20 2022 00:33:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 517805537 | EDI: JPMORGANCHASE | | |
| | | Sep 20 2022 00:33:00 | Chase, Cardmemeber Services, P0 Box 15153, |

District/off: 0312-3       User: admin       Page 4 of 8

Date Rcvd: Sep 19, 2022       Form ID: 3180W       Total Noticed: 166

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19886 |
| 517805536 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase, PO Box 15659, Wilmington, DE 19886-5659 |
| 517805535 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase, Po Box 901076, Fort Worth, TX 76101 |
| 517805539 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Auto, PO Box 31167, Tampa, FL 33631 |
| 517805538 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Auto, PO Box 78050, Phoenix, AZ 85062 |
| 517805540 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Auto Finance, 201 N. Center Avenue, Phoenix, AZ 85004 |
| 517805541 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Bank, Attention: National Recovery Group, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 517805544 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 517805543 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Home Finance, PO Box 81507, Atlanta, GA 30366 |
| 517805548 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Manhattan Mortgage, 3415 Vision Drive, Attn: Bankruptcy Department, Columbus, OH 43219 |
| 517805549 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | Chase Manhattan Mortgage Corporation, PO Box 96036, Charlotte, NC 28296-0036 |
| 517921506 | | EDI: JPMORGANCHASE | Sep 20 2022 00:33:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517805582 | + | EDI: TSYS2 | Sep 20 2022 00:33:00 | Juniper, P0 Box 13337, Philadelphia, PA 19101-3337 |
| 517805584 | + | Email/Text: BKNotice@ldvlaw.com | Sep 19 2022 20:38:00 | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517805583 | + | Email/Text: BKNotice@ldvlaw.com | Sep 19 2022 20:38:00 | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517850444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2022 20:36:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517805585 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2022 20:36:13 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517805586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2022 20:36:14 | Merrick Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 517805588 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2022 20:36:14 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517805587 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2022 20:36:27 | Merrick Bank/CardWorks, Attn: Bankruptcy, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 517805593 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 20:38:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517805589 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 20:38:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2710 |
| 517805591 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 20:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517805594 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 20:38:00 | Midland Funding, Po Box 2001, Warren, MI 48090-2001 |
| 517916246 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517805598 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |

District/off: 0312-3                                      User: admin                                      Page 5 of 8

Date Rcvd: Sep 19, 2022                          Form ID: 3180W                          Total Noticed: 166

| | | | |
|---|---|---|---|
| | | Sep 19 2022 20:38:00 | Nissan Motor Acceptance, Attn: Bankruptcy Department, P0 Box 660360, Dallas, TX 75266-0360 |
| 517805599 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Sep 19 2022 20:38:00 | Nissan Motor Acceptance, P0 Box 660360, Dallas, TX 75266-0360 |
| 517816484 | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Sep 19 2022 20:38:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517805604 | + EDI: AGFINANCE.COM | | |
| | | Sep 20 2022 00:28:00 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 517805605 | + EDI: AGFINANCE.COM | | |
| | | Sep 20 2022 00:28:00 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805608 | Email/Text: info@phoenixfinancialsvcs.com | | |
| | | Sep 19 2022 20:37:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517805607 | Email/Text: info@phoenixfinancialsvcs.com | | |
| | | Sep 19 2022 20:37:00 | Phoenix Financial Services. Llc, P0 Box 361450, Indianapolis, IN 46236 |
| 517927532 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517805611 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805619 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 517805620 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, Consu,er Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 517805609 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805617 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, One Oliver Place, Pittsburgh, PA 15265 |
| 517805612 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 19 2022 20:37:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 517805630 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805633 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805634 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517805635 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517929094 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517925170 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517929153 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517929096 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517929097 | EDI: PRA.COM | | |
| | | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517877754 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Sep 19 2022 20:38:00 | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054 |
| 517805643 | Email/Text: signed.order@pfwattorneys.com | | |

District/off: 0312-3  | User: admin | Page 6 of 8

Date Rcvd: Sep 19, 2022  | Form ID: 3180W | Total Noticed: 166

| | | | |
|---|---|---|---|
| | | Sep 19 2022 20:38:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 517805644 | Email/Text: signed.order@pfwattorneys.com | Sep 19 2022 20:38:00 | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517805645 | Email/Text: signed.order@pfwattorneys.com | Sep 19 2022 20:38:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517805646 | Email/Text: signed.order@pfwattorneys.com | Sep 19 2022 20:38:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517805627 | + EDI: RECOVERYCORP.COM | Sep 20 2022 00:33:00 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805639 | + EDI: PRA.COM | Sep 20 2022 00:33:00 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517866517 | + EDI: JEFFERSONCAP.COM | Sep 20 2022 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517917324 | EDI: Q3G.COM | Sep 20 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808399 | EDI: Q3G.COM | Sep 20 2022 00:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517805647 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 19 2022 20:46:52 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 517805648 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 19 2022 20:46:52 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Firetower Road, Greenville, NC 27858-4105 |
| 517805650 | + Email/Text: clientservices@remexinc.com | Sep 19 2022 20:38:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517805649 | + Email/Text: clientservices@remexinc.com | Sep 19 2022 20:38:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517918025 | + Email/Text: bncmail@w-legal.com | Sep 19 2022 20:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517805653 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517805655 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517805654 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517805656 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517805657 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 517805652 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 517808263 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517805658 | + EDI: RMSC.COM | Sep 20 2022 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P0 Box 965061, Orlando, FL 32896-5061 |
| 517805664 | EDI: TDBANKNORTH.COM | Sep 20 2022 00:33:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517805666 | EDI: TDBANKNORTH.COM | Sep 20 2022 00:33:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |

| 517918018 | + Email/Text: bncmail@w-legal.com | | |
| | | Sep 19 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517805659 | + EDI: WTRRNBANK.COM | | |
| | | Sep 20 2022 00:33:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517805661 | + EDI: WTRRNBANK.COM | | |
| | | Sep 20 2022 00:33:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517805660 | + EDI: WTRRNBANK.COM | | |
| | | Sep 20 2022 00:33:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517805662 | + EDI: WTRRNBANK.COM | | |
| | | Sep 20 2022 00:33:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805668 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Sep 19 2022 20:38:00 | Weltman, Weinberg and Reis, 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 125

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517805525 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517805545 | * | Chase Home Finance, L.L.C., 341 S. Vision Drive, Columbus, OH 43219 |
| 517805552 | *+ | Citifinacial, PO Box 70918, Charlotte, NC 28272-0918 |
| 517805558 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517805566 | *+ | Federated Law Group LLP, 887 Donald Ross Road, North Palm Beach, FL 33408-1611 |
| 517805590 | *+ | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2710 |
| 517805592 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517805595 | *+ | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517805596 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517805600 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motors, Attn: Bankruptcy, P0 Box 371491, Pittsburg, PA 75266 |
| 517805606 | *+ | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 517805623 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517805614 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805625 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517805626 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 517805632 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805636 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805637 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805638 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517805628 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805629 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805631 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517805641 | *+ | Portfolio Recovery LLC, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541-1067 |
| 517805663 | *+ | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517805669 | *+ | Weltman, Weinberg and Reis , Co., 323 W. Lakeside Avenue, Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |

TOTAL: 8