UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on October 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS A. SEBOK, Debtor(s)

Case No.: 18-30178 MBK

Adv. No.:

Hearing Date: 10/26/2022 @ 9:00 A.M.

Judge: Michael B. Kaplan, U.S.B.J.

ORDER CANCELLING AND DISCHARGING JUDGMENT
LIEN HELD BY NEW CENTURY FINANCIAL SERVICES

     The relief set forth on the following pages two (2) through three (3),  is
hereby **ORDERED**.

**DATED: October 27, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Thomas A. Sebok, Debtor(s)

Case no.: 18-30178 MBK

Caption of order: Order Cancelling and Discharging Judgment Lien

Held by New Century Financial Services

_____

    1. That the judicial/judgment lien held by New Century

Financial Services, against real property owned by the Debtor,

located at 1729 Lakeside Drive South, Forked River, NJ 08731,

entered of record in the Superior Court of New Jersey as follows:

    a. New Century Financial Services vs. Thomas A. Sebok

        i. Judgment Creditor: New Century Financial

Services

        ii. Judgment Number: DJ 325605-11

        iii. Docket Number: DC 013877 11

        iv. Judgment Enter Date: December 1, 2011

        v. Judgment Filing Date: October 7, 2011

        vi. Venue ID: Ocean County

        vii. Filing Location: Ocean

        viii. Judgment Amount: $6,069.27 plus counsel

            fees, interest and costs

        ix. Court: SCP

        x. Judgment Status: Open

        xi. Status Date: December 1, 2011

        xii. Processing Location: Ocean

        xiii. Judgment No.: OCN VJ 013031-11

**be and is hereby avoided and cancelled.**

Page 3

Debtor: Thomas A. Sebok, Debtor(s)

Case no.: 18-30178 MBK

Caption of order: Order Cancelling and Discharging Judgment Lien

Held by New Century Financial Services

_____

    2. The Clerk of the Superior Court is ordered to cancel,

release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor

and comply with this Order by removing and deleting the foregoing

lien/judgment from any and all credit reports for the

debtor/defendant, Thomas A. Sebok.