```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
───────────────────────────────
Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

**Order Filed on October 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-30178 MBK |
| | Adv. No.: |
| THOMAS A. SEBOK, Debtor(s) | Hearing Date: 10/26/2022 @ 9:00 A.M. |
| | Judge: Michael B. Kaplan, U.S.B.J. |

ORDER CANCELLING AND DISCHARGING JUDGMENT
LIEN HELD BY NEW CENTURY FINANCIAL SERVICES

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

DATED: October 27, 2022

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Thomas A. Sebok, Debtor(s)

Case no.: 18-30178 MBK

Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services

_____

    1. That the judicial/judgment lien held by New Century Financial Services, against real property owned by the Debtor, located at 1729 Lakeside Drive South, Forked River, NJ 08731, entered of record in the Superior Court of New Jersey as follows:

        a. New Century Financial Services vs. Thomas A. Sebok

           i. Judgment Creditor: New Century Financial Services

           ii. Judgment Number: DJ 325605-11

           iii. Docket Number: DC 013877 11

           iv. Judgment Enter Date: December 1, 2011

           v. Judgment Filing Date: October 7, 2011

           vi. Venue ID: Ocean County

           vii. Filing Location: Ocean

           viii. Judgment Amount: $6,069.27 plus counsel fees, interest and costs

           ix. Court: SCP

           x. Judgment Status: Open

           xi. Status Date: December 1, 2011

           xii. Processing Location: Ocean

           xiii. Judgment No.: OCN VJ 013031-11

**be and is hereby avoided and cancelled.**

Page 3

Debtor: Thomas A. Sebok, Debtor(s)

Case no.: 18-30178 MBK

Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services

_____

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing lien/judgment from any and all credit reports for the debtor/defendant, Thomas A. Sebok.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30178-MBK |
| Thomas A Sebok | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas A Sebok, 1729 Lakeside Drive South, Forked River, NJ 08731-3213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Thomas A Sebok herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 27, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com

TOTAL: 8